# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 49TH JUDICIAL DISTRICT COURT OF ZAPATA COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on December 31, 2014, the cause upon appeal to revise or reverse your judgment between

Office of the Attorney General, Appellant

V.

Blanca De Leon, Appellee

No. 04-13-00501-CV and Tr. Ct. No. 8,248

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is REVERSED. We RENDER JUDGMENT that Appellee Blanca De Leon take nothing. Costs of this appeal are taxed against Appellee Blanca De Leon.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on March 11, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00501-CV

**Office of the Attorney General**

**v.**

**Blanca De Leon**

(NO. 8,248 IN 49TH JUDICIAL DISTRICT COURT OF ZAPATA COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | ANITA GARZA |
| MOTION FEE | $10.00 | E-PAID | ANITA GARZA |
| MOTION FEE | $10.00 | EXEMPT | DETERREAN GAMBLE |
| REPORTER'S RECORD | $125.00 | PAID | OFFICE OF THE ATTORNEY GENERAL |
| FILING | $175.00 | EXEMPT | N/A |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this March 11, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853